NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ARACOMA COAL COMPANY, BANDMILL COAL CORPORATION, SPARTAN MINING COMPANY, STIRRAT COAL COMPANY, BLACK STALLION COAL COMPANY, LLC, COYOTE COAL COMPANY, LLC, DODGE HILL MINING COMPANY, LLC, HIGHLAND MINING COMPANY, LLC, KANAWHA EAGLE COAL, LLC, PANTHER, LLC, JUPITER HOLDINGS, LLC, REMINGTON, LLC, WILDCAT, LLC, CONSOL ENERGY, INC., CONSOLIDATION COAL COMPANY, CONSOL OF PENNSYLVANIA COAL COMPANY, CONSOL OF KENTUCKY INC., EIGHTY FOUR MINING COMPANY, HELVETIA COAL COMPANY, ISLAND CREEK COAL COMPANY, KENT COAL MINING COMPANY, LAUREL RUN MINING COMPANY, NINEVAH COAL COMPANY, EAGLE ENERGY, INC., ELK RUN COAL COMPANY, INC., GOALS COAL COMPANY, GREEN VALLEY COAL COMPANY, INDEPENDENCE COAL COMPANY, INC., KNOX CREEK COAL CORPORATION, MARKFORK COAL COMPANY, INC., MARTIN COUNTY COAL CORPORATION, PEERLESS EAGLE COAL COMPANY, PERFORMANCE COAL COMPANY, RAWL SALES & PROCESSING, CO., SIDNEY COAL COMPANY, INC., STONE MINING COMPANY, APOGEE COAL, COVENANT COAL CORP., JIM WALTER RESOURCES, INC., ALEX ENERGY, INC., DELBARTON MINING COMPANY, COLONY

BAY COAL COMPANY, LOGAN FORK COAL
COMPANY, PINE RIDGE COAL COMPANY,
RIVERS EDGE MINING, INC., ANDALEX
RESOURCES, INC., ARCH WESTERN RESOURCES,
LLC, CANYON FUEL COMPANY, LLC, CATENARY
COAL COMPANY N/K/A CATENARY COAL
COMPANY, LLC, CLINTWOOD ELKHORN MINING
COMPANY, COAL-MAC, INC., COASTAL COAL
COMPANY, LLC N/K/A ENTERPRISE MINING
COMPANY, LLC, COASTAL COAL-WEST VIRGINIA,
LLC N/K/A BROOKS RUN MINING COMPANY, LLC,
DAL-TEX COAL CORPORATION, EASTERN
ASSOCIATED COAL CORPORATION N/K/A
EASTERN ASSOCIATED COAL, LLC, EVERGREEN
MINING COMPANY, GATLIFF COAL COMPANY,
GENWAL RESOURCES, INC., GLAMORGAN COAL
COMPANY, LLC, HOBET MINING, INC., N/K/A
HOBET MINING, LLC, KEYSTONE COAL MINING
CORPORATION, KINGSTON RESOURCES, INC.,
MCELROY COAL COMPANY, MINGO LOGAN
COAL CO., MOUNTAINEER COAL DEVELOPMENT
COMPANY, NICHOLAS-CLAY COMPANY, LLC,
N/K/A AMVEST WEST VIRGINIA COAL, LLC,
NICHOLAS-CLAY LAND & MINERAL, INC., OLD
BEN COAL COMPANY, PACIFIC COAST COAL
COMPANY, PAYNTER BRANCH MINING, INC.,
PERRY COUNTY COAL CORPORATION, PIONEER
FUEL CORPORATION, PLATEAU MINING
CORPORATION, PREMIER ELKHORN COAL
COMPANY, QUARTO MINING COMPANY, RAG
CUMBERLAND RESOURCES, L.P. N/K/A
CUMBERLAND COAL RESOURCES, L.P., RAG
EMERALD RESOURCES, L.P., N/K/A EMERALD
COAL RESOURCES, L.P., RIVERSIDE ENERGY,
INC. N/K/A AMCI HOLDINGS, INC., SHIPYARD
RIVER COAL TERMINAL COMPANY, TERRY
EAGLE L.P., UNITED STATES STEEL MINING

COMPANY LLC, USIBELLI COAL MINE, INC.,
VIRGINIA CREWS COAL COMPANY, AND WEST
RIDGE RESOURCES, INC.,
*Plaintiffs-Appellants,*

AND

POWDER RIVER COAL COMPANY, PEABODY
HOLDING COMPANY, INC., MID-VOL LEASING,
INC., AND TWENTYMILE COAL COMPANY,
*Plaintiffs-Appellants,*

v.

UNITED STATES,
*Defendant-Appellee.*

---

2012-5090, -5091, -5092, -5093, -5094, -5095

---

Appeals from the United States Court of Federal Claims in consolidated case nos. 09-CV-734, 09-CV-770, 05-CV-1284, 07-CV-266, 05-CV-929 and 05-CV-1211, Senior Judge Bohdan A. Futey.

---

## ON MOTION

---

## ORDER

Andalex Resources, Inc. et al. move without opposition to revise the caption in these appeals. The appellants move for an extension of time, until September 28, 2012, to file their opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

    The motions are granted. The revised official caption is reflected above.

FOR THE COURT

AUG 1 7 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Steven Harlan Becker, Esq.
     Lindsay Minnis, Esq.
     Tara K. Hogan, Esq.

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 7 2012

JAN HORBALY
CLERK